UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-20017-CIV-SEITZ/O'SULLIVAN

BENJAMINBOOKS & PRODUCTION, et al.,
        Plaintiff,

v.

BWIA AIRLINES AND CARIBBEAN AIRLINES,
        Defendants.
_____/

### ORDER

THIS MATTER comes before the Court on the Defendants BWIA West Indies Airways Limited and Caribbean Airlines Limited's Motion For Rule 11 Sanctions (DE# 51, 6/23/08). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff and a response having been due, it is

ORDERED AND ADJUDGED, that on or before **Monday August 4, 2008,** the plaintiff shall file a response to the Defendants BWIA West Indies Airways Limited and Caribbean Airlines Limited's Motion For Rule 11 Sanctions (DE# 51, 6/23/08). The failure to file a response may result in a recommendation that the Defendant's Motion be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **14th** day of July, 2008.

                                      JOHN J. O'SULLIVAN
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Seitz
All counsel of record

Jeff Benjamin, pro se
2462 SW 26th Lane
Miami, FL 33133